IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| SARA JAMES,<br><br>                   **Plaintiff,**<br><br>v.<br><br>LANDMARK REALTY, LLC and<br>KC WILLOW CREEK, LLC,<br><br>                   **Defendants.** | Case No. _____ |

## CORPORATE DISCLOSURE STATEMENT

Defendant Landmark Realty, LLC, pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1, states that it is a limited liability company that does not issue stock and has no parent companies, subsidiaries or affiliates that have issued stock to the public.

Defendant KC Willow Creek, LLC, pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1, states that it is a limited liability company that does not issue stock and has no parent companies, subsidiaries or affiliates that have issued stock to the public.

Respectfully submitted,

**THE PORTO LAW FIRM**

By: */s/ Nicholas J. Porto*
Nicholas J. Porto    MO #56938
1600 Baltimore, Suite 200A
Kansas City, Missouri 64108
Telephone:  816.463.2311
Facsimile:   816.463.9567
nporto@portloaw.com

-and-

**SHANK & MOORE, LLC**

By: */s/ Stephen J. Moore*
Stephen J. Moore    MO #59080
1968 Shawnee Mission Pkwy, Suite 100
Mission Woods, Kansas 66205
Telephone:  816.471.0909
Facsimile:   816.471.3888
sjm@shankmoore.com

*Attorneys for Defendant Landmark Realty, LLC and KC Willow Creek, LLC*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the foregoing document was served this 28th day of September, 2020 via United States mail and electronic mail to the following counsel of record:

**Counsel for Plaintiff Sara James**
Sophie Woodworth
HOLMAN SCHIAVONE, LLC
4600 Madison Avenue, Suite 810
Kansas City, Missouri 64112

*/s/ Nicholas J. Porto*
Attorney for Defendant